

**SEALED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 12-207** |
| v. | * | **SECTION: "E"** |
| **FRANK J. FRADELLA** | * | |

\* \* \*

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

**NOW INTO COURT**, comes the United States of America, by and through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court to continue the sentencing hearing in the above-captioned matter for the following reasons:

On October 14, 2011, defendant, FRANK J. FRADELLA ("Fradella"), pled guilty to multiple felony violations. Fradella's sentencing is presently set for November 7, 2012; however, he is currently cooperating with the Government in the investigation of past criminal activity. That cooperation may serve as grounds for a downward departure, provided it rises to the level of "substantial assistance" as provided in his plea agreement. Therefore, it is in the best interest of both the Government and the defendant that the sentencing of FRANK J. FRADELLA be continued for a period of 120 days. Counsel for FRANK J. FRADELLA, Randall Smith, has been contacted and has no objection to the continuance. Furthermore, the Government respectfully requests that this

motion be filed under seal and the adjoining order be sealed in order to protect the defendant (as per a separate Motion for Leave to File Sealed Motion).

**WHEREFORE**, for the above-mentioned reasons, and in the interests of justice, the Government respectfully requests a continuance of the sentencing, and that this motion be filed under **SEAL**.

> Respectfully submitted,
>
> JIM LETTEN
> UNITED STATES ATTORNEY
>
> _____
> MATTHEW M. COMAN #23613
> Assistant United States Attorney
> 650 Poydras Street, Suite 1600
> New Orleans, Louisiana 70130
> Telephone: (504) 680-3116
> Facsimile: (504) 589-2027

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for FRANK J. FRADELLA this 12th day of October, 2012.

> _____
> MATTHEW M. COMAN
> Assistant United States Attorney