# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 12-207** |
| **FRANK FRADELLA** | **SECTION "E"** |

## ORDER

Before the Court is a motion filed on behalf of Stephen Scott Sewall to Unseal *sealed documents* (R. Doc. 118). Defendant Frank Fradella and the United States filed oppositions to the motion. (R. Docs. 125 and 127, respectively.) Mr. Sewall filed a reply. (R. Doc. 132).

Mr. Sewall requested that the sealed record documents be unsealed, with the exception of medical information.

**IT IS ORDERED** that the motion is **GRANTED IN PART**. The sealed documents in the record will be unsealed, except with respect to defendant Frank Fradella's pre-sentence report and its related documents and any medical and personal information relative to defendant and defendant's family. It is presumed that third parties will not be provided access to presentence investigation reports. United States v. Huckaby, 43 F.3d 135 (5th Cir. 1995). A compelling, particularized need for disclosure has not been shown sufficient to overcome this presumption. Mr. Sewall did not request the unsealing of medical records. The Court is exercising its discretion not to unseal documents of a personal nature relating to Mr. Fradella's family, in particular his children. There is no public interest in disclosure of these documents.

Accordingly, the following documents, are **UNSEALED**:

R. Docs. 23, 24, 26, 28, 32, 33, 37, 38, 40, 41, 42, 43, 45, 46, 47, 48, 50, 51, 52, 53, 65, 69, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 82, 83, 84, 85, 86, 87, 92, 93, 94, 95, 106, 108, 121, 126, and 127.

**IT IS FURTHER ORDERED** that the following documents and attachments are **UNSEALED**:

- R.Doc. 1 with attachments 1-8,

- R.Doc. 58 with attachments 1-3,

- R.Doc. 61 with attachment 1 in full,
  pp. 1-9, 16-22, 26-38 of attachment 2,
  pp. 1-4, 9-24 of attachment 5,
  attachments 6-17 in full,

- R.Doc. 70, pp. 1-9, 16-22, 26-38,
  pp. 1-4, 9-24 of attachment 3,
  attachments 4-15 in full,

- R.Doc. 81 with attachments 1-15,

- R.Doc.105 with attachments 1 and 4.

**IT IS FURTHER ORDERED** that the following documents shall remain **SEALED:**

R.Docs. 57, 63, 98, 107, 109.

**IT IS FURTHER ORDERED** that the following documents and attachments shall remain **SEALED:**

- R.Doc. 56 with attachments 1-2,

- R.Doc. 67,

- R.Doc. 61, pp. 10-15, 23-25 of attachment 2,
    attachments 3-4,
       pp. 5-8 of attachment 5,

- R.Doc. 70, pp. 10-15, pp. 23-25,
     attachments 1-2,
       pp. 5-8 of attachment 3,

- R.Doc. 105, attachments 2-3.


**New Orleans, Louisiana, this 29th day of September, 2015.**

                                              **SUSIE MORGAN**
                            **UNITED STATES DISTRICT JUDGE**